IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY BREIDINGER,<br>　　Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL ACTION NO. 4:13-cv-01935<br>JURY DEMANDED |
| SUPERIOR PLUS CONSTRUCTION<br>PRODUCTS CORP.,<br>　　Defendant. | §<br>§<br>§ | |

## NOTICE OF SETTLEMENT

Plaintiff, Larry Breidinger, hereby gives notice that a settlement has been reached in the above-entitled and numbered cause. The parties in this matter are in the process of preparing settlement documents and anticipate completion of the settlement and the filing of dismissal documents within forty-five days.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LAW OFFICE OF G. SCOTT FIDDLER, P.C.

　　　　　　　　　　　　　　　　/s/ G. SCOTT FIDDLER
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　G. SCOTT FIDDLER
　　　　　　　　　　　　　　　　SBOT #06957750
　　　　　　　　　　　　　　　　FID #12508
　　　　　　　　　　　　　　　scott@fiddlerlaw.com
　　　　　　　　　　　　　　　ANDREW W. REED
　　　　　　　　　　　　　　　SBOT #24074935
　　　　　　　　　　　　　　　FID #1140192
　　　　　　　　　　　　　　　areed@fiddlerlaw.com
　　　　　　　　　　　　　　　1004 Congress, 2nd Floor
　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　Tel.:　713-228-0070
　　　　　　　　　　　　　　　Fax:　713-228-0078

　　　　　　　　　　　　　　　　ATTORNEY-IN-CHARGE
　　　　　　　　　　　　　　　　FOR PLAINTIFF

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that service of the above and foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 10th day of September 2014, to the following:

Richard L. Hackman, Esq.
Barley Snyder LLP
126 E. King Street
Lancaster, Pennsylvania 17602
rhackman@barley.com

Michael L. Brem, Esq.
Schirrmeister Diaz-Arrastia Brem LLP
Pennzoil Place – North Tower
700 Milam, 10th Floor
Houston, Texas 77002
mbrem@adablaw.com

      /s/ G. SCOTT FIDDLER
      _____
      G. SCOTT FIDDLER