IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY BREIDINGER,<br>    Plaintiff,<br><br>vs.<br><br>SUPERIOR PLUS CONSTRUCTION<br>PRODUCTS CORP.,<br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:13-cv-01935<br>§           JURY DEMANDED<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

The *Agreed Motion to Dismiss With Prejudice* is granted.

IT IS ORDERED that all claims in dispute between Plaintiff, Larry Breidinger, and Defendant, Superior Plus Construction Products Corp., are hereby dismissed with prejudice to refiling the same.

IT IS FURTHER ORDERED that all costs shall be paid by the party incurring the same.

Signed this 20th day of October, 2014.

_____
U.S. DISTRICT JUDGE PRESIDING